Commonwealth ex rel. Harris, Appellant, *v.*
Maroney.

Submitted November 8, 1965.
*Lafayette Harris,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Henshaw, Appellant, *v.*
Maroney.

Submitted November 8, 1965.
*William Daniel Henshaw,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Hershberger, Appellant, *v.*
Cavell.

Submitted November 8, 1965.
*Charles M. Hershberger,* appellant, in propria persona; *Edward J. Tocci,* Assistant District Attorney, and *Robert J. Masters,* District Attorney, for appellee.

Order affirmed.